# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145274

VERLENA SEXTON-WALKER,
        Plaintiff-Appellant,

v

GREAT EXPRESSIONS DENTAL CENTERS,
P.C.,
        Defendant-Appellee.

SC: 145274
COA: 302513
Macomb CC: 2010-000976-NO

_____/

On order of the Court, the application for leave to appeal the April 26, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2012

_____    _____
                                                 Clerk

s1128